**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Overholser,* Slip Opinion No. 2016-Ohio-2969.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-2969

THE STATE OF OHIO, APPELLANT, *v.* OVERHOLSER, APPELLEE.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Overholser,* Slip Opinion No. 2016-Ohio-2969.]**

*Criminal law—Felony Sentencing—Standard of review upon appeal of sentence— R.C. 2953.08(G)(2)—Judgment affirmed on the authority of* State v. Marcum.

(No. 2015-0956—Submitted April 7, 2016—Decided May 17, 2016.)

APPEAL from the Court of Appeals for Clark County,

No. 2014-CA-42, 2015-Ohio-1980.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Marcum*, ___ Ohio St.3d ___, 2016-Ohio-1002, ___ N.E.3d ___.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, FRENCH, and O'NEILL, JJ., concur.

LANZINGER and KENNEDY, JJ., dissent and would dismiss the appeal as having been improvidently accepted.

_____

D. Andrew Wilson, Clark County Prosecuting Attorney, and Ryan A. Saunders, Assistant Prosecuting Attorney, for appellant.

Richard E. Mayhall, for appellee.

_____